IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Petitioner,<br><br>vs.<br><br>LINDA STAMM,<br> Spence Auto Recovery Services, Inc.,<br><br>     Respondent. | ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE<br><br><br><br>Case No. 2:08-CV-25 TS |

This matter is before the Court for consideration of the Magistrate Judge's Report and Recommendation issued on March 6, 2008.[1]  The Report and Recommendation set forth the applicable 10-day period in which a party may file specific, written objections, according to statute.[2]  No objection has been filed.

The Magistrate recommended that: 1) the Court find that Respondent has failed to show cause why she should not be compelled to comply with the Summonses; and 2) the Court order Respondent to provide the information required by the Summonses to the IRS no later than 45 days after the Court adopts the Magistrate Judge's Report and Recommendation.

---

[1] Docket No. 5.

[2] *See* 28 U.S.C. § 636(b).

1

Having considered the Report and Recommendation, it is hereby

ORDERED that the Magistrate Judge's Report and Recommendation, issued March 6, 2008, is ADOPTED IN ITS ENTIRETY. The Court finds that Respondent has failed to show cause why she should not be compelled to comply with the Summonses. It is further

ORDERED that Respondent provide the information required by the Summonses to the IRS no later than 45 days from the date of this Order.

SO ORDERED.

DATED this 25th day of March, 2008.

BY THE COURT:

_____
TED STEWART
United States District Judge